DRUMMOND & NELSON LAW FIRM
Craig W. Drummond, Esq.
Nevada Bar No. 11109
228 S Fourth Street, First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Attorney for Defendant

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cr-00400-JAD-GWF |
| ) | |
| vs. ) | |
| ) | DEFENDANT'S UNOPPOSED |
| ASHLEE M. MARTIN, an individual, ) | MOTION TO MODIFY |
| ) | CONDITIONS OF RELEASE |
| Defendant. ) | |
| ) | |

COMES NOW Defendant ASHLEE M. MARTIN by and through her attorney of record, CRAIG W. DRUMMOND, ESQ., and hereby moves this Honorable Court to modify the Defendant's Conditions of Release to allow her to travel to New Castle, Utah, to remove monitoring device and reduce sobriety requirement to non-excessive.

This motion is made and based on the enclosed affidavit of counsel, Points and Authorities, all pleadings and papers on file herein and any oral argument requested by the Court at the time of hearing.

## I.
## STATEMENT OF FACTS

On April 9, 2013 this Honorable Court first granted to modify the conditions of release whereby the third party custodian requirement was removed and Defendant was able to reside in Las Vegas in order to gain and maintain employment. Since then, the Defendant has maintained stable employment and has fully complied with all other conditions of release, including staying

Page 1

within the restrictions of her travel zone and submitted to daily sobriety test of zero alcohol. Defendant has family in Utah and would like to visit ailing relatives. See Exhibit A. Defendant is hereby requesting to expand her travel to New Castle, Utah, remove monitoring device, and reduce sobriety requirement to non-excessive. Pre-Trial Officer, Jaime Stroup, supports this request and on October 28, 2013, defense counsel spoke to Mr. Steven W. Myhre who does not oppose this request and authorized this motion to be filed as Unopposed. As such, the present Motion is being filed.

## II.
## AFFIDAVIT AND DECLARATION OF COUNSEL
## IN SUPPORT OF MOTION TO CONTINUE

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

CRAIG W. DRUMMOND, ESQ, being first duly sworn, deposes and says:

1. That I am a duly licensed practicing attorney in the State of Nevada, County of Clark, maintaining an office at Drummond & Nelson Law Firm, 228 South Fourth St., First Floor, Las Vegas, Nevada 89101, and the CJA attorney of record for Defendant in the above entitled matter.

2. That on October 28, 2013 I discussed the Defendant's present motion and request with Mr. Steven W. Myhre, AUSA, allowing the Defendant to travel to New Castle, Utah, remove monitoring device and reduce sobriety requirement to non-excessive. Pre-trial Services has also related that they support this request.

3. That Mr. Myhre, AUSA, related that he did not oppose this request as long as the Defendant was required to continue all other requirements and that he would not object to this office filing this matter as "Unopposed".

//

//

4.  I sign and declare under penalty of perjury that the above statement is true and correct.

CRAIG W. DRUMMOND, ESQ.
Nevada Bar No. 11109

SUBSCRIBED AND SWORN TO ME
on this 28 day of October, 2013.

_____
NOTARY PUBLIC



TESS RECINTO
Notary Public-State of Nevada
APPT. NO. 12-9634-1
My App. Expires December 11, 2016

## III.
## CONCLUSION

WHEREFORE, the Defendant requests this Honorable Court to modify the Defendant's Conditions of Release to allow her to travel to New Castle, Utah, remove the monitoring device, and reduce sobriety requirement to non-excessive. All other conditions of pre-trial release to remain the same.

DATED this 28 of October, 2013.

Respectfully Submitted,

By _____
Craig W. Drummond, Esq.
Nevada Bar No. 11109
228 S Fourth Street, First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Attorney for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 6, 2013

DRUMMOND & NELSON LAW FIRM
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.DrummondFirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __28__ day of October, 2013, the undersigned served the foregoing Defendant's Motion on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

_____
An Employee of DRUMMOND & NELSON LAW FIRM

# Exhibit A

October 10, 2013

To whom it may concern,

My name is Susan Vincuilla mother of Ashlee Martin. My parents are Darwin and Revoe Hulet of New Castle Utah. My father is 85 years old and has health problems. He had a knee replacement surgery recently and had a mechanical heart valve put in several years back which has now failed. My father has been calling all us kids asking us to get his grandchildren and great grandchildren to come to New Castle to see him as much as possible in light of his deteriorating health. You see my daughter is a defendant who was released last December on pretrial ankle monitoring. Her pretrial officer Jamie Stroup has now voiced that he will recommend removing the monitoring device to allow more freedom. I write to ask that she be allowed to travel to Utah providing that she schedule her time here with Jamie Stoup. She has told me that she is more than willing to even call Jamie from her home phone when she leaves Las Vegas and call him from my home phone when she arrives here in New Castle and Vice Versa. My daughter has a six year old little boy Taesom and these visits would also be for him. Our family is a close loving family and we would like to keep it as so. Ashlee has a cousin and uncle here in New Castle who are members of the police force her cousin being Deputy Sherriff and uncle being Sergeant with the Iron County Sheriff's Office who are aware of Ashlee's situation. Ashlee and I have no problem checking in with Jamie at any time during her visit. New Castle is a small rural community located just 55 miles NW of Saint George Utah and 32 miles W of Cedar City Utah with a population of about 400.

_Susan Vincuilla_
Susan Vincuilla
New Castle Utah

_Darwin Hulet_
Darwin Hulet
New Castle Utah