**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | Case No. 2:12-cr-00400-JAD-GWF |
| vs. ) | **ORDER** |
| ASHLEE MARTIN, et al., ) | |
|         Defendants. ) | |

This matter is before the Court on Defendant Ashlee Martin's Motion to Modify Conditions of Release (#248), filed July 3, 2014. The motion is not opposed by either the Government or Pretrial Services. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ashlee Martin's Motion to Modify Conditions of Release (#248) is **granted**. Ms. Martin is permitted to travel from Las Vegas, Nevada to Utah for a family reunion from July 11-13, 2014. All other conditions remain in force and effect.

DATED: July 9, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**