DRUMMOND LAW FIRM
Craig W. Drummond, Esq.
Nevada Bar No. 11109
228 S Fourth Street, First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
*Attorney for Defendant Martin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEE M. MARTIN,<br><br>Defendant. | Case No.: 2:12-cr-00400-JAD-GWF<br><br>**STIPULATION TO DISMISS INDICTMENT AND DISCHARGE FROM PRE-TRIAL DIVERSION** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Defendant, Ashlee M. MARTIN, by and through her attorney, CRAIG W. DRUMMOND, ESQ., and the United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Assistant United States Attorney, Steven W. Myhre, Attorneys for the United States, as follows:

1. On October 24, 2012, Defendant Martin was charged in a twenty-count Indictment with Conspiracy to Commit Wire Fraud, Wire Fraud, Securities Fraud, Conspiracy to Commit Money Laundering and Money Laundering.

2. On August 11, 2014, Defendant Martin entered a plea of guilty to Count One of the Indictment pursuant to a Plea Agreement which stipulated that the government would dismiss the Indictment against her provided that she successfully completed a 12-month period of pre-trial diversion subject to terms and conditions specified therein.

3. At the time she entered her plea, the Court set the matter for status at 9:00 a.m. on August 17, 2015.

4. Since placement on pre-trial diversion, Defendant has maintained employment and secured stable housing for her and her child.

5. Since January of 2014, Defendant has remained substance free and was successfully discharged from co-occurring treatment in April 2015.

6. Defendant has complied with the terms and conditions of pretrial release and successfully completed the pre-trial diversion period.

7. Ms. Sandra Bustos, Senior U.S. Pre-Trial Services Officer, has recommended that Defendant Martin be successfully discharged from the program and dismissal of charges.

8. Based on the foregoing, the government concurs with the recommendation of the Pre-Trial Services Officer and moves for dismissal of all Counts contain in the Indictment.

**WHEREFORE**, the parties respectfully request that the Court accept their stipulation and enter an Order discharging Defendant Martin from her pre-trial diversion program, releasing her from all terms and conditions contained therein, dismissing all Counts in the Indictment against her, and vacating the Status setting for August 17, 2015.

DATED this __13th__ day of August, 2015.

By: __/s/ Craig W. Drummond__
    CRAIG W. DRUMMOND, ESQ.
    228 S. Fourth Street, First Floor
    Las Vegas, NV 89101
    *Attorney for Defendant Martin*


DANIEL G. BOGDEN
United States Attorney

District of Nevada
By: __/s/ Steven W. Myhre__
    STEVEN W. MYHRE
    Assistant United States Attorney
    Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHLEE M. MARTIN, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:12-cr-00400-JAD-GWF <br><br> **ORDER** |

This matter coming on the parties' Stipulation, having considered the premises therein, and good cause showing, the Court finds as follows:

1. Defendant Martin entered into a pre-trial diversion agreement for a 12-month period as part of a Plea Agreement filed on August 11, 2014.

2. Since placement on pre-trial diversion, Defendant has maintained employment and secured stable housing for her and her child.

3. Since January of 2014, Defendant has remained substance free and was successfully discharged from co-occurring treatment in April 2015.

4. Defendant's pre-diversion termination date was August 11, 2015 and she has complied with the terms and conditions of pretrial release and successfully completed the diversion period.

5. Based on the foregoing and in accord with the recommendation of the Pre-Trial Services Officer, the government moves to dismiss all Counts contained in the Indictment against Defendant Martin.

6. Parties request the Status Hearing set for August 17, 2015 at 9:00 a.m. be vacated.

IT IS THEREFORE **ORDERED**:

1.    Defendant Ashlee M. Martin shall be, and is, discharged from her pre-trial diversion program and is hereby **RELEASED** from all terms and conditions ordered therein;

2.    The Indictment against Defendant Martin, and all counts contained therein, is hereby **DISMISSED**;

3.    The Status Hearing set for August 17, 2015 at 9:00 a.m. is hereby **VACATED**.

SO **ORDERED,** this 13th day of August, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __13__ day of August, 2015, the undersigned served the foregoing STIPULATION TO DISMISS INDICTMENT AND DISCHARGE FROM PRE-TRIAL DIVERSION on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

_____
Employee of DUMMOND LAW FIRM

DRUMMOND LAW FIRM
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.DrummondFirm.com